

FILED IN COURT OF APPEALS
12th Court of Appeals District

OCT 26 2015

TYLER TEXAS
PAM ESTES. CLERK

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS  FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**10/23/2015**                                             **COA Case No. 12-15-00213-CR**
**CORDERO-VARELA, JORGE   Tr. Ct. No. 114-0766-12**            **PD-1382-15**
On this day, this Court has granted the Appellant's Pro Se motion for an extension
of time in which to file the Petition for Discretionary Review.  The time to file the
petition has been extended to Tuesday, December 29, 2015.  NO FURTHER
EXTENSIONS WILL BE ENTERTAINED.  NOTE:  Petition For Discretionary
Review must be filed with The Court of Criminal Appeals.

                                                          Abel Acosta, Clerk

                 12TH COURT OF APPEALS  CLERK
                 CATHY LUSK
                 1517 W. FRONT, ROOM 354
                 TYLER, TX  75701
                 * DELIVERED VIA E-MAIL *